# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

P&E TECHNOLOGIES INC.,

        Plaintiff,

    v.                                Case No. 11-C-725

VIDEO DOCTORS INC.,

        Defendant.

---

### ORDER GRANTING MOTION TO COMPEL

---

Plaintiff has filed a motion to compel Defendant Video Doctors to respond to the discovery request. Specifically, plaintiff alleges that Video Doctors failed to provide written responses to plaintiff's first set of interrogatories and document requests.

Although the parties attempted to settle the case and thereby avoid the issue, Video Doctors now indicates that settlement efforts have not been successful and has provided a response. In its response, Video Doctors acknowledges that it has failed to provide the written responses requested, although it has provided significant other information. Video Doctors indicated that it will provide complete responses to the outstanding discovery within ten days. Based upon the foregoing, the motion to compel is GRANTED and Video Doctors is ordered to provide complete responses to the outstanding discovery requests on or before April 13, 2012.

**SO ORDERED** this    4th    day of April, 2012.


                        s/ William C. Griesbach
                        William C. Griesbach
                        United States District Judge